UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESIGNATURE SOFTWARE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADOBE INC.,<br><br>　　　　Defendant. | Case No. 22-cv-05962-JSC<br><br>**PRETRIAL ORDER NO.1: CASE SCHEDULE** |

Following the Initial Case Management Conference held on November 17, 2022, IT IS ORDERED THAT:

**I.    CASE MANAGEMENT SCHEDULE**

In accordance with the Local Rules of Practice for Patent Cases before the United States District Court for the Northern District of California, this case shall proceed as follows:

| | |
|---|---|
| Deadline to file Protective Order and ESI Stipulations | December 3, 2022 |
| Fact Discovery Opens<br><br>Plaintiff's Disclosure of Asserted Claims and Infringement Contentions (and accompanying document production) pursuant to Patent L.R. 3-1 and 3-2 (if applicable).<br><br>Parties Exchange Initial Disclosures | December 8, 2022 |
| Defendant's Preliminary Invalidity Contentions (and accompanying document production) pursuant to Patent L.R. 3-3 and 3-4 (if applicable) or certification that Defendant's April 21, 2022 Invalidity Contentions are compliant with L.R. 3-3 and 3-4. | January 19, 2023 |

| | |
|---|---|
| Exchange Proposed Terms for Construction pursuant to Patent L.R. 4-1 | February 2, 2023 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent L.R. 4-2 | February 23, 2023 |
| Deadline to Move to Amend Pleadings | March 2, 2023 |
| Preliminary Damages Contentions Patent L.R. 3-8 | March 9, 2023 |
| Joint Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-3. | March 20, 2023 |
| Responsive damages contentions pursuant to Patent L.R. 3-9 | April 10, 2023 |
| Completion of Claim Construction Discovery pursuant to Patent L.R. 4-4 | April 19, 2023 |
| Opening Claim Construction Brief Due pursuant to Patent L.R. 4-5(a) | May 4, 2023 |
| Responsive Claim Construction Brief Due pursuant to Patent L.R. 4-5(b) | May 18, 2023 |
| Reply Claim Construction Brief Due pursuant to Patent L.R. 4-5(c) | May 25, 2023 |
| Claim Construction Hearing | June 8, 2023 |

In addition, the case is referred to the Court's ADR Program for an ENE/mediation to occur within 120 days. The Court will schedule a further case management conference at which the rest of the case schedule will be set following the claim construction ruling.

**IT IS SO ORDERED**.

Dated: November 18, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge