1 | Susan S.Q. Kalra (SBN: 167940)
susan@m-iplaw.com
Mahamedi IP Law LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Tel: 408-236-6640
Fax: 408-236-6641

William Ramey
wramey@rameyfirm.com
RAMEY & SCHWALLER, LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Tel: 713-426-3923
Fax: 832-900-4941

Attorney for Plaintiff Esignature Software, LLC

Michael A. Berta (SBN: 194650)
michael.berta@arnoldporter.com
Ryan J. Casamiquela (SBN: 228559)
ryan.casamiquela@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3277

Nicholas H. Lee (SBN: 259588)
nicholas.lee@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel: 213-243-4156

Attorneys for Defendant Adobe Inc.

***(ADDITIONAL COUNSEL IN SIGNATURE BLOCKS)***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESIGNATURE SOFTWARE, LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>ADOBE INC.,<br><br>         Defendant. | Case No. 3:22-cv-05962-JSC<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME PER CIVIL L.R. 6-2** |

1    Pursuant to L.R. 6-2 and 7-12, Plaintiff Esignature Software, LLC ("Esignature") and
2 Defendant Adobe Inc. ("Adobe") jointly submit this stipulated request for an order changing time as
3 follows:
4    WHEREAS the deadline for the parties to file a protective order and stipulations regarding
5 electronically stored information is December 3, 2022, which is a Saturday (Dkt. 37 at 1);
6    WHEREAS the parties stipulated to extend this deadline to December 19, 2022;
7    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, and,
8 subject to approval by the Court, that the deadline to file a protective order and stipulations
9 regarding electronically stored information is December 19, 2022.
10    IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: December 1, 2022 | */s/ William P. Ramey* |
| 2 | | Susan S.Q. Kalra (SBN: 167940) |
| | | susan@m-iplaw.com |
| 3 | | Mahamedi IP Law LLP |
| | | 303 Twin Dolphin Drive, Suite 600 |
| 4 | | Redwood City, CA 94065 |
| | | Tel: 408-236-6640 |
| 5 | | Fax: 408-236-6641 |

William Ramey
wramey@rameyfirm.com
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Tel: 713-426-3923
Fax: 832-900-4941

*Attorney for Plaintiff Esignature Software, LLC*

Dated: December 1, 2022      */s/ Nicholas H. Lee*
Michael A. Berta (SBN:194650)
michael.berta@arnoldporter.com
Ryan J. Casamiquela (SBN: 228559)
ryan.casamiquela@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3277

Nicholas H. Lee (SBN: 259588)
nicholas.lee@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel: 213-243-4156

Neda Dadpey (*pro hac vice*)
neda.dadpey@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Tel: 212-836-7142

*Attorneys for Defendant Adobe Inc.*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 1, 2022         */s/ Nicholas H. Lee*
                                Nicholas H. Lee

**[PROPOSED] ORDER**

After considering the parties' December 1, 2022 stipulation, **IT IS ORDERED** that:

(1) The deadline for the parties to file a protective order and stipulations regarding electronically stored information is December 19, 2022.

**IT IS ORDERED** that the foregoing Agreement is approved.

Dated: _____

_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT COURT JUDGE