UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESIGNATURE SOFTWARE, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ADOBE INC.,<br><br>  Defendant. | Case No. 22-cv-05962-JSC<br><br>**JUDGMENT** |

The Court having granted Defendant's Motion for Judgment on the Pleadings by Order filed February 21, 2023, enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 22, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge